FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 09, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANIEL VALENCIA; BELARMINO HERNANDEZ; and JUNIOR ARACHIGA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HOMEDELIVERYLINK INC.,<br><br>Defendant. | No. 4:18-CV-05034-SMJ<br><br>**ORDER ADOPTING STIPULATED PROTECTIVE ORDER** |

**IT IS HEREBY ORDERED**: The parties' Joint Motion for Protective Order, **ECF No. 24**, is **GRANTED**. Pursuant to Federal Rule of Civil Procedure 26(c) and the parties' stipulation, the parties' Proposed Stipulated Protective Order, **ECF No. 24-1**, is **approved** and **incorporated** in this Order by reference.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 9th day of October 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER ADOPTING STIPULATED PROTECTIVE ORDER **-** 1