AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| DANIEL VALENCIA, BELARMINO HERNANDEZ, and JUNIOR ARACHIGA<br>*Plaintiff*<br>v.<br>HOMEDELIVERYLINK INC.,<br>*Defendant* | )<br>)<br>)  Civil Action No. 4:18-CV-05034-SMJ<br>)<br>) |

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 19, 2021**

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement, ECF No. 178, is GRANTED.
Plaintiffs' Motion for Attorneys' Fees, Costs, and Service Awards, ECF No. 172, is GRANTED.
This case Dismissed With Prejudice.
Judgment entered in favor of Plaintiffs'.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  SALVADOR MENDOZA, JR.  on a motion for Final Approval of Class Action Settlement.

Date: 2/19/2021

*CLERK OF COURT*

SEAN F. McAVOY

s/ Tonia Ramirez
*(By) Deputy Clerk*

Tonia Ramirez